**Order entered September 14, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00199-CR

**THE STATE OF TEXAS, Appellant**

**V.**

**JUANITA JERNIGAN, Appellee**

**On Appeal from the County Criminal Court of Appeals No. 2**
**Dallas County, Texas**
**Trial Court Cause No. MB18-54318-M**

## ORDER

We **REINSTATE** this appeal.

We abated for further findings of fact and conclusions of law. Those were filed on September 2, 2020. The State's brief is **DUE** on October 2, 2020.

/s/    ROBERT D. BURNS, III
       CHIEF JUSTICE